IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael L. Young,<br><br>Plaintiff,<br><br>vs.<br><br>Jason B. Griffith, Miller Truck Lines LLC and BBJ Trailer Leasing LLC<br><br>Defendants. | )<br>)<br>)<br>)  No. 19 cv 708<br>)<br>)  **Jury Trial Demanded**<br>)<br>)<br>)<br>)<br>)<br>) |

## Complaint

Now comes the Plaintiff Michael L. Young by and through her attorneys, The Vrdolyak Law Group LLC, in support of her complaint against defendants Jason B. Griffith, Miller Truck Lines LLC and BBJ Trailer Leasing LLC states:

### Counts I & II

*(Negligence -Jason B. Griffith) (Vicarious Liability- Miller Truck Lines LLC)*

1. Plaintiff is a citizen of the state of Ohio. Defendant truck driver, Jason B. Griffith is an Oklahoma citizen. Defendant Miller Truck Lines LLC., is also an Oklahoma citizen, being an Oklahoma company with its principal place of business in Tulsa, Oklahoma. Each member of the Miller Truck Lines LLC is a citizen of the state of Oklahoma. Defendant BBJ Trailer Leasing LLC is an Oklahoma company. Each member of the BBJ Trailer Leasing LLC is a citizen of Oklahoma.

1

2. The amount in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332, making subject matter jurisdiction appropriate in this Court based on diversity of citizenship.

3. Venue is properly set in this district pursuant to 28 U.S.C. § 1391 (b) since all Defendants transact business within this judicial district and this judicial district is where substantial events giving rise to Plaintiff's injury and damages occurred.

4. On July 4, 2017, defendant trucker Jason B. Griffith lived at 9625 Sapulpa Road #34 in Sapulpa, Oklahoma. On that day defendant Miller Truck Lines LLC had its corporate headquarters located at 4230 South Elwood in Tulsa, Oklahoma and a second facility located at 105 North 8th Street in Stroud, Oklahoma. Defendant BBJ Trailer Leasing LLC is also located at 105 North 8th Street in Stroud, Oklahoma.

5. On July 4, 2017 defendant trucker Jason B. Griffith possessed an Oklahoma CDL and was operating a 2015 Freightliner tractor, VIN # 3AKJGLD57FSGP9361 with an Oklahoma license plate number 2VK924, in interstate commerce on I-70 Eastbound near mile marker 131 in Clark county, when near it impacted a Pontiac automobile owned and occupied by the plaintiff.

6. On July 4, 2017, the 2015 Freightliner tractor involved in the collision with the plaintiff, was owned by Jason B. Griffith and subject to an "owner-operator lease" with Miller Truck Lines LLC. At the time of the July 4, 2017 collision the Freightliner tractor displayed Miller Truck Lines LLC US DOT number and their logo.

7. On July 4, 2017 a commercial motor vehicle weighing in excess of 26,001 pounds was being operated in interstate commerce by the defendant's actual employee, FMCSR 390.5 statutory employee or agent, Jason B. Griffith, pursuant to Miller Truck

2

Lines US DOT active motor carrier authority #125792. The commercial motor vehicle consisted of the aforementioned Freightliner tractor and a 2006 Reitnouer trailer bearing Oklahoma semi registration 664FJ, which was owned by BBJ Trailer Leasing LLC.

8.  At all relevant times, including July 4, 2017 Miller Truck Lines LLC and BBJ Trailer Leasing LLC operated as one company, sharing an address and common employees, and cooperated in the transportation of freight in interstate commerce, including the freight being hauled by defendant trucker Jason B. Griffith in the usual course of Miller Truck Lines LLC's business as an interstate motor carrier.

9.  On July 4, 2017, Plaintiff Michael L. Young was injured because of a lane intrusion collision caused by the aforementioned commercial motor vehicle displaying Miller Truck Lines LLC's logo, US DOT number and operated that day by Jason B. Griffith on I-70 eastbound in Clark county near milepost 131.

10.  Jason B. Griffith was transporting freight in furtherance of Miller Truck Lines LLC's usual business and pursuant to a cooperative business relationship and/or defacto partnership with BJJ Trailer Leasing LLC, both of which functioned as one company.

11.  On and before July 4, 2017, all named defendants regularly did business in Illinois, while operating tractors and trailers displaying Miller Truck Lines LLC's logo and pursuant to its US DOT motor carrier authority.

12.  On July 4, 2017, trucker Jason B. Griffith was acting in the scope of his employment and agency relationship with defendant Miller Truck Lines LLC and in furtherance of their cooperative business relationship and/or defacto partnership with BBJ Trailer Leasing LLC.

13. On and before July 4, 2017, Miller Truck Lines LLC was the statutory employer under FMCSR §390.5 of defendant trucker Jason B. Griffith and is vicariously liable for his negligent conduct while operating the Freightliner tractor bearing its logo.

14. It was the duty of Miller Truck Lines LLC, and its statutory employee and shared employee / agent, Jason B. Griffith to exercise reasonable care under the circumstances to protect the safety of the traveling public, including the plaintiff. In violation of this duty each of the defendants:

    a) negligently, carelessly and improperly drove the tractor truck into the lane occupied by plaintiff's Pontiac automobile;

    b) negligently, carelessly and improperly failed to control the tractor-truck to avoid a collision with plaintiff's Pontiac automobile;

    c) negligently, carelessly and improperly failed to keep a proper lookout;

    d) negligently, carelessly and improperly operated the tractor truck without regard to Industry standards regarding space management;

    e) failed to decrease speed so as to avoid colliding with plaintiff, in violation of 625 ILCS 5/11-601; and

    f) negligently, carelessly and improperly operated the tractor-truck at a speed that was excessive for the prevailing conditions.

15. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions, the Pontiac automobile occupied by plaintiff Michael L. Young was struck by a fully loaded tractor trailer and she was physically injured. Her injuries and damages from this collision include permanent neurological deficits, losses

of a personal and pecuniary nature including, but not limited to, economic losses, medical expenses, pain and suffering, subsequent surgeries, disfigurement, disability, and loss of a normal life. These losses have been incurred in the past and are reasonably certain to occur in the future. All or some of them are permanent.

16. Count I claims all damages allowed by law against defendant trucker Jason B. Griffith.

17. Count II claims all vicarious damages allowed by law against Miller Truck Lines LLC for the negligence of Jason B. Griffith, who was its actual employee, FMCSR's 390.5 statutory employee or agent pursuant to the theory of placard or logo liability.

*Wherefore,* it is respectfully requested that judgment be entered in favor of Plaintiff Michael L. Young and against Defendants Jason B. Griffith and Miller Truck Lines LLC and each of them, for all damages allowed by law as a result of the July 4, 2017 collision.

### Counts III & IV

*(Negligence -Jason B. Griffith) (Vicarious Liability- BBJ Trailer Leasing LLC)*

1-11. Plaintiff incorporates by reference the allegations of Count I, paragraphs 1-11, as though fully set forth herein a paragraphs 1-11 of Counts III and IV.

12. On July 4, 2017, trucker Jason B. Griffith was acting in the scope of his employment and agency relationship with defendant with BBJ Trailer Leasing LLC, and in furtherance of their cooperative business relationship and/or defacto partnership with Miller Truck Lines LLC.

13. On and before July 4, 2017, BBJ Trailer Leasing LLC was the joint employer of defendant trucker Jason B. Griffith and is vicariously liable for his negligent conduct while operating the Freightliner tractor.

14. It was the duty of BBJ Trailer Leasing LLC, and its shared employee / agent, Jason B. Griffith, to exercise reasonable care under the circumstances to protect the safety of the traveling public, including the plaintiff. In violation of this duty each of the defendants:

   a) negligently, carelessly and improperly drove the tractor truck into the lane occupied by plaintiff's Pontiac automobile;

   b) negligently, carelessly and improperly failed to control the tractor-truck to avoid a collision with plaintiff's Pontiac automobile;

   c) negligently, carelessly and improperly failed to keep a proper lookout;

   d) negligently, carelessly and improperly operated the tractor truck without regard to Industry standards regarding space management;

   e) failed to decrease speed so as to avoid colliding with plaintiff, in violation of 625 ILCS 5/11-601; and

   f) negligently, carelessly and improperly operated the tractor-truck at a speed that was excessive for the prevailing conditions.

15. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions, the Pontiac automobile occupied by plaintiff Michael L. Young was struck by a fully loaded tractor trailer and she was physically injured. Her injuries and damages from this collision include permanent neurological deficits,

losses of a personal and pecuniary nature including, but not limited to, economic losses, medical expenses, pain and suffering, subsequent surgeries, disfigurement, disability, and loss of a normal life. These losses have been incurred in the past and are reasonably certain to occur in the future. All or some of them are permanent.

16. Count III claims all damages allowed by law against defendant trucker Jason B. Griffith.

17. Count IV claims all vicarious damages allowed by law against BBJ Trailer Leasing LLC.

*Wherefore*, it is respectfully requested that judgment be entered in favor of Plaintiff Michael L. Young and against Defendants Jason B. Griffith and BBJ Trailer Leasing LLC and each of them, for all damages allowed by law as a result of the July 4, 2017 collision.

**Plaintiff Demands Trial by Jury**

s/Jon C. Papin

Jon C. Papin – ARDC #06200779
**Vrdolyak Law Group LLC**
9618 S. Commercial Avenue
Chicago, Illinois 60617
773-731-3311 ext. 208
jpapin@Vrdolyak.com

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Michael L. Young

**DEFENDANTS**
Jason B. Griffith, Miller Truck Lines LLC, BBJ Trailer Leasing LLC

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Jon C. Papin
Vrdolyak Law Group
9618 S. Commercial Avenue, Chicago, Illinois 606

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | | | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28:1332tm(28:1332 Diversity- Tort/Motor Vehicle(P.I))
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER 19 CV 00708

DATE: 06/28/2019
SIGNATURE OF ATTORNEY OF RECORD: Jon C. Papin

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____