## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael L. Young )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Jason B. Griffith, Miller Truck Lines )<br>LLC and BBJ Trailer Leasing LLC )<br>)<br>)<br>Defendants. ) | No. 19 cv 708<br><br>**Jury Trial Demanded** |

### 1st Amended Complaint

Now comes the Plaintiff Michael L. Young by and through her attorneys, The Vrdolyak Law Group LLC, in support of her 1st Amended complaint against defendants Jason B. Griffith, Miller Truck Lines LLC and BBJ Trailer Leasing LLC states:

### Counts I & II

*(Negligence -Jason B. Griffith) (Vicarious Liability- Miller Truck Lines LLC)*

1.      Plaintiff Michael Young is a citizen of the state of Ohio. Defendant truck driver, Jason B. Griffith is an Oklahoma citizen. Defendant Miller Truck Lines LLC., is also an Oklahoma citizen, being an Oklahoma company with its principal place of business in Tulsa, Oklahoma. BBJ Trailer Leasing LLC is an Oklahoma company with its principal place of business in Stroud, Oklahoma.

1

2.      The citizenship of the members of Miller Truck Lines LLC: Bobby D. Miller-Oklahoma; Bonnie J. Miller – Oklahoma; Donald L. Miller Oklahoma; Jerry Slaughter-Oklahoma; Nancy Slaughter – Oklahoma.

3.      The citizenship of the members of BBJ Trailer Leasing LLC:  Bobby D. Miller- Oklahoma; Bonnie J. Miller – Oklahoma; Donald L. Miller Oklahoma; Jerry Slaughter- Oklahoma; Nancy Slaughter – Oklahoma.

4.      The amount in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332, making subject matter jurisdiction appropriate in this Court based on diversity of citizenship.

5.      Venue is properly set in this district pursuant to 28 U.S.C. § 1391 (b) since all Defendants transact business within this judicial district and this judicial district is where substantial events giving rise to Plaintiff's injury and damages occurred.

6.      On July 4, 2017, defendant trucker Jason B. Griffith lived at 9625 Sapulpa Road #34 in Sapulpa, Oklahoma. On that day defendant Miller Truck Lines LLC had its corporate headquarters located at 4230 South Elwood in Tulsa, Oklahoma and a second facility located at 105 North 8th Street in Stroud, Oklahoma. Defendant BBJ Trailer Leasing LLC is also located at 105 North 8th Street in Stroud, Oklahoma.

7.      On July 4, 2017 defendant trucker Jason B. Griffith possessed an Oklahoma CDL and was operating a 2015 Freightliner tractor, VIN # 3AKJGLD57FSGP9361 with an Oklahoma license plate number 2VK924,  in interstate commerce on I-70 Eastbound near mile marker 131 in Clark county,  when near it impacted a Pontiac automobile owned and occupied by the plaintiff.

8.      On July 4, 2017, the 2015 Freightliner tractor involved in the collision with the plaintiff, was owned by Jason B. Griffith and subject to an "owner-operator lease" with Miller Truck Lines LLC. At the time of the July 4, 2017 collision the Freightliner tractor displayed Miller Truck Lines LLC US DOT number and their logo.

9.      On July 4, 2017 a commercial motor vehicle weighing in excess of 26,001 pounds was being operated in interstate commerce by the defendant's actual employee, FMCSR 390.5 statutory employee or agent, Jason B. Griffith, pursuant to Miller Truck Lines US DOT active motor carrier authority #125792. The commercial motor vehicle consisted of the aforementioned Freightliner tractor and a 2006 Reitnouer trailer bearing Oklahoma semi registration 664FJ, which was owned by BBJ Trailer Leasing LLC.

10.     At all relevant times, including July 4, 2017 Miller Truck Lines LLC and  BBJ Trailer Leasing LLC operated as one company, sharing an address and common employees, and cooperated in the transportation of freight in interstate commerce, including the freight being hauled by defendant trucker Jason B. Griffith in the usual course of Miller Truck Lines LLC's business as an interstate motor carrier.

11.     On July 4, 2017, Plaintiff Michael L. Young was injured because of a lane intrusion collision caused by the aforementioned commercial motor vehicle displaying Miller Truck Lines LLC's logo, US DOT number and operated that day by Jason B. Griffith on I-70 eastbound in Clark county near milepost 131.

12.     Jason B. Griffith was transporting freight in furtherance of Miller Truck Lines LLC's usual business and pursuant to a cooperative business relationship and/or defacto partnership with BJJ Trailer Leasing LLC, both of which functioned as one company.

3

13.    On and before July 4, 2017, all named defendants regularly did business in
Illinois, while operating tractors and trailers displaying Miller Truck Lines LLC's logo and
pursuant to its US DOT motor carrier authority.

14.    On July 4, 2017, trucker Jason B. Griffith was acting in the scope of his
employment and agency relationship with defendant Miller Truck Lines LLC and in
furtherance of their cooperative business relationship and/or defacto partnership with BBJ
Trailer Leasing LLC.

15.    On and before July 4, 2017, Miller Truck Lines LLC was the statutory
employer under FMCSR §390.5 of defendant trucker Jason B. Griffith and is vicariously
liable for his negligent conduct while operating the Freightliner tractor bearing its logo.

16.    It was the duty of Miller Truck Lines LLC, and its statutory employee and
shared employee / agent, Jason B. Griffith to exercise reasonable care under the
circumstances to protect the safety of the traveling public, including the plaintiff. In
violation of this duty each of the defendants:

> a)    negligently, carelessly and improperly drove the tractor truck
> into the lane occupied by plaintiff's Pontiac automobile;
>
> b)    negligently, carelessly and improperly failed to control the
> tractor-truck to avoid a collision with plaintiff's Pontiac
> automobile;
>
> c)    negligently, carelessly and improperly failed to keep a proper
> lookout;
>
> d)    negligently, carelessly and improperly operated the tractor
> truck without regard to Industry standards regarding space
> management;
>
> e)    failed to decrease speed so as to avoid colliding with plaintiff, in
> violation of 625 ILCS 5/11-601; and

4

f)    negligently, carelessly and improperly operated the tractor-
truck at a speed that was excessive for the prevailing
conditions.

17.    As a direct and proximate result of one or more of the aforementioned
negligent acts or omissions, the Pontiac automobile occupied by plaintiff Michael L.
Young was struck by a fully loaded tractor trailer and she was physically injured. Her
injuries and damages from this collision include permanent neurological deficits, losses
of a personal and pecuniary nature including, but not limited to, economic losses, medical
expenses, pain and suffering, subsequent surgeries, disfigurement, disability, and loss of
a normal life.  These losses have been incurred in the past and are reasonably certain to
occur in the future.  All or some of them are permanent.

18.    Count I claims all damages allowed by law against defendant trucker Jason
B. Griffith.

19.    Count II claims all vicarious damages allowed by law against Miller Truck
Lines LLC for the negligence of Jason B. Griffith, who was its actual employee, FMCSR's
390.5 statutory employee or agent pursuant to the theory of placard or logo liability.


*Wherefore,* it is respectfully requested that judgment be entered in favor of Plaintiff
Michael L. Young and against Defendants Jason B. Griffith and Miller Truck Lines LLC
and each of them, for all damages allowed by law as a result of the July 4, 2017 collision.

## Counts III & IV

*(Negligence -Jason B. Griffith) (Vicarious Liability- BBJ Trailer Leasing LLC)*

1-13. Plaintiff incorporates by reference the allegations of Counts I & II, paragraphs 1-13, as though fully set forth herein a paragraphs 1-13 of Counts III and IV.

14.    On July 4, 2017, trucker Jason B. Griffith was acting in the scope of his employment and agency relationship with defendant with BBJ Trailer Leasing LLC, and in furtherance of their cooperative business relationship and/or defacto partnership with Miller Truck Lines LLC.

15.    On and before July 4, 2017, BBJ Trailer Leasing LLC was the joint employer of defendant trucker Jason B. Griffith and is vicariously liable for his negligent conduct while operating the Freightliner tractor.

16.    It was the duty of BBJ Trailer Leasing LLC, and its shared employee / agent, Jason B. Griffith, to exercise reasonable care under the circumstances to protect the safety of the traveling public, including the plaintiff. In violation of this duty each of the defendants:

a)  negligently, carelessly and improperly drove the tractor truck into the lane occupied by plaintiff's Pontiac automobile;

b)  negligently, carelessly and improperly failed to control the tractor-truck to avoid a collision with plaintiff's Pontiac automobile;

c)  negligently, carelessly and improperly failed to keep a proper lookout;

6

d) negligently, carelessly and improperly operated the tractor truck without regard to Industry standards regarding space management;

e) failed to decrease speed so as to avoid colliding with plaintiff, in violation of 625 ILCS 5/11-601; and

f) negligently, carelessly and improperly operated the tractor-truck at a speed that was excessive for the prevailing conditions.

17. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions, the Pontiac automobile occupied by plaintiff Michael L. Young was struck by a fully loaded tractor trailer and she was physically injured. Her injuries and damages from this collision include permanent neurological deficits, losses of a personal and pecuniary nature including, but not limited to, economic losses, medical expenses, pain and suffering, subsequent surgeries, disfigurement, disability, and loss of a normal life. These losses have been incurred in the past and are reasonably certain to occur in the future. All or some of them are permanent.

18. Count III claims all damages allowed by law against defendant trucker Jason B. Griffith.

19. Count IV claims all vicarious damages allowed by law against BBJ Trailer Leasing LLC.

*Wherefore*, it is respectfully requested that judgment be entered in favor of Plaintiff Michael L. Young and against Defendants Jason B. Griffith and BBJ Trailer

7

Leasing LLC and each of them, for all damages allowed by law as a result of the July 4, 2017 collision.

**Plaintiff Demands Trial by Jury**

s/Jon C. Papin

Jon C. Papin – ARDC #06200779
**Vrdolyak Law Group LLC**
9618 S. Commercial Avenue
Chicago, Illinois 60617
773-731-3311 ext. 208
jpapin@Vrdolyak.com

8