IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL L. YOUNG,

        **Plaintiff,**

v.

MILLER TRUCK LINES, LLC, *et al.*,

        **Defendants.**

Case No. 19-cv-708-NJR-GCS

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated October 31, 2019 (Doc. 26), Plaintiff's claims against all Defendants were **DISMISSED without prejudice**, and the case was closed.

    **DATED:** October 31, 2019

                                            **MARGARET M. ROBERTIE,**
                                            Clerk of Court

                                            By:   **s/** *Deana Brinkley*
                                                         **Deputy Clerk**

**APPROVED:**   **s/** *Nancy J. Rosenstengel*
                          **NANCY J. ROSENSTENGEL**
                          **Chief U.S. District Judge**